# UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

| United States of America | ) | |
| v. | ) | |
| LAZARO HERNANDEZ | ) | Case No. 3:21mj86/EMT |
| | ) | |
| Defendant | ) | |

**ARREST WARRANT**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* LAZARO HERNANDEZ, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

his offense is briefly described as follows:
8 U.S.C. §§ 1326(a) & (b)(2) - Illegal Reentry by a Removed Alien

FILED USDC FLND PN
MAR 22 '21 PM3:33

Date: 3-9-2021

_____
Issuing officer's signature

City and state: Pensacola, Florida

Elizabeth M. Timothy, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 3/9/2021, and the person was arrested on *(date)* 3/10/2021
at *(city and state)* Pensacola, FL

Date: 3/10/2021

_____
Arresting officer's signature

PULLEY, D DEPORTATION OFFICER
*Printed name and title*

USDC FLND PN
'21 AM10:01